JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH AJWANI, | Case No. CV 14-2423 FMO (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HANMI BANK, a California Corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 18th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge